

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00002-CR

DEMITRES COLEMAN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 15F0535-005

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Demitres Coleman was convicted of one count of indecency with a child by sexual contact and two counts of aggravated sexual assault of a child. He appeals from the judgments memorializing those convictions and the resulting sentences. The clerk's record in this matter was filed February 19, 2016, and the reporter's record was filed April 26, 2016, making Coleman's appellate brief originally due May 26, 2016. That deadline was extended twice by this Court, resulting in the most recent due date of July 18, 2016. Coleman's appellate counsel, Jason Horton, has now filed a third motion seeking an additional extension of the briefing deadline.

We have reviewed counsel's third motion to extend time as well as the appellate record in this case, and we find no compelling information to convince us that a third extension of the filing deadline is warranted. Consequently, counsel's third motion to extend time to file Coleman's appellate brief is overruled.

We order Horton to file Coleman's appellate brief with this Court on or before August 17, 2016.

IT IS SO ORDERED.

BY THE COURT

Date: July 20, 2016

2